IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GERALD HAWKINS | : |
| | : |
| v. | : CIVIL NO. L02-1540 |
| | : |
| LIFELIKE PRODUCTS, INC., et al. | : |

## MEMORANDUM & ORDER

Plaintiff, Gerald Hawkins filed the instant suit against Aramark Refreshment Services, Inc. ("Aramark"), the Johns Hopkins Club ("the Club"), and Lifelike Products, Inc. ("Lifelike"). Lifelike filed an answer, but Aramark and Johns Hopkins Club have moved to dismiss.

This is the third suit that Hawkins has filed against Aramark in a year and a half; it is the second that he has filed against the Club. Hawkins worked for each defendant briefly. Each of Hawkins' suits alleged that he was sexually harassed on the job. In the first suit, Hawkins alleged that a supervisor harassed him at Aramark. In his second suit, Hawkins alleged that while he was working at the Club, his co-workers learned of his suit against Aramark and, to poke fun at him, persuaded female workers to make sexual advances towards him. Each of these suits ended in a dismissal or a summary judgment for the defendants.

In this, his third suit, Hawkins does not contend that either Aramark or the Club participated in the alleged sexual harassment. Instead, Hawkins alleges that when his co-workers at Lifelike learned of his earlier suits, they began to harass him, so he resigned.

The instant suit, liberally construing Mr. Hawkins' Complaint and according him deference as a <u>pro se</u> litigant, does not allege that either Aramark or the Club initiated or

encouraged the discrimination any way. Accordingly, Defendants ARAMARK and the JOHNS HOPKINS CLUB are hereby DISMISSED WITH PREJUDICE.

This is the second entirely frivolous suit Hawkins has filed against Aramark. The suit, insofar as it names Defendant Johns Hopkins Club is equally frivolous. To spare these defendants from future harassing litigation, plaintiff, Gerald Hawkins, is hereby enjoined from filing any suits against either Aramark Refreshment Services, Inc. or the Johns Hopkins Club without leave of Court. If Mr. Hawkins has a complaint against either of these institutions, he may apply to the Court for leave to file suit against them.

The case will proceed against Lifelike and the Court is issuing a scheduling order under separate cover.

Dated this 26th day of June, 2002.

_____
Benson Everett Legg
United States District Judge