UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 AUG -2  P 3: 01

AT BALTIMORE

_____ DEPUTY

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

August 2, 2002

MEMORANDUM TO MR. HAWKINS AND COUNSEL

         RE: Gerald Hawkins v. Life Like Products, Inc.
            Case No. L-02-1540

Dear Mr. Hawkins and Counsel:

Mr. Hawkins has filed a Motion for Leave to File Amended Complaint. He wishes to litigate against dismissed defendant Johns Hopkins Club claims that have been twice dismissed. Mr. Hawkins' Motion is hereby Denied.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

            Very truly yours,

            */s/ B. Legg*

            Benson Everett Legg

c:  Court file