IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GERALD HAWKINS          :

v.                      :          CIVIL NO. L-02-1540

LIFELIKE PRODUCTS, INC., et al.  :

## ORDER

On April 29, 2002, *pro se* Plaintiff Gerald Hawkins filed the instant suit against Aramark Refreshment Services, Inc. ("Aramark"), the Johns Hopkins Club ("the Club"), and Lifelike Products, Inc. ("Lifelike"). Hawkins worked briefly for each defendant. On June 27, 2002, the Court dismissed Aramark and the Club. Pending are (i) Lifelike's Motion for Summary Judgment, (ii) Hawkin's motion for leave to amend his complaint, and (iii) the Club's motion for sanctions under Federal Rule of Civil Procedure 11. Pursuant to the local rules, the Court will dispense with a hearing. See Local Rule 105.6 (D. Md. 2001). For the reasons stated below, the Court hereby:

(i) GRANTS Lifelike's Motion for summary judgment;

(ii) DENIES Lifelike's request for attorneys' fees;

(iii) DISMISSES as moot (a) Hawkin's motion for leave to amend and (b) the Club's motion for Rule 11 sanctions; and

(iv) DIRECTS the CLERK to CLOSE the CASE.

This is the third suit that Hawkins has filed against employers in a year and a half. Each of Hawkins's suits alleged that he was sexually harassed on the job. In the first suit, Hawkins alleged that a supervisor harassed him at Aramark. In his second suit, Hawkins alleged that while he was working at the Club, his co-workers learned of his suit against Aramark and, to

poke fun at him, persuaded female workers to make sexual advances towards him. The first two suits ended in a dismissal or summary judgment for the defendants. In this, his third suit, Hawkins alleges that when his co-workers at Lifelike learned of his earlier suits, they began to harass him, so he resigned.

On July 12, 2002, Lifelike filed the instant motion for summary judgment. By Order dated December 20, 2002, the Court advised Hawkins that if he did not respond to Lifelike's motion on or before January 7, 2003, the Court would grant summary judgment to the defendant. To date, Hawkins has made no attempt to refute the compelling arguments raised by Lifelike's motion for summary judgment.[1]

Accordingly, the Court grants Lifelike's motion for summary judgment and directs the clerk to close the case.

It is so ORDERED this 7TH day of February, 2003.

                                                   Benson Everett Legg
                                                   Chief Judge

---

[1] Hawkins's motion for leave to amend simply reiterates allegations that he has raised in other papers. The motion for leave to amend, therefore, is not responsive to Lifelike's motion for summary judgment.